IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY W. CLAY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-11-546-C |
| ) | |
| STATE OF OKLAHOMA, ) | |
| ) | |
| Respondent. ) | |

ORDER OF DISMISSAL

This petition for writ of coram nobis brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Doyle W. Argo consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Argo entered a Report and Recommendation on June 15, 2011, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge and no point would be served in repeating that analysis. There is nothing asserted by the Petitioner which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result. The cases cited by Petitioner in support of the availability of coram nobis relief involve prior federal convictions rather than state convictions, and they lend no support to his claim.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this petition for writ of coram nobis is dismissed.

IT IS SO ORDERED this 6th day of July, 2011.

ROBIN J. CAUTHRON
United States District Judge